N. H. Wood v. Metropolitan Building and Loan Association.

*Error from Leavenworth District Court.*

On the motion of the defendant in error, and in accordance with the decision just made in the case of *Weeks v. Medler*, the petition in error herein is dismissed.

All the Justices concurring.